## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------X
                                                        :
BAYER CROPSCIENCE AG,                                   :
                                                        :
          Plaintiff,                              :
                                                        :   1:10-cv-1045-RMB-JS
                                                        :
        v.                                            :
                                                        :
                                                        :
DOW AGROSCIENCES LLC,                                   :
                                                        :
          Defendant.                              :
                                                        :
-------------------------------------------------------------------X


### DECLARATION OF ROBERT P. HAUSINGER
### IN SUPPORT OF PLAINTIFF BAYER'S MOTION FOR PARTIAL SUMMARY
### JUDGMENT OF INFRINGEMENT OF U.S. PATENT NO. 6,153,401
### BY DOW AGROSCIENCES LLC


I, Robert P. Hausinger, declare that:

1.      I am a Professor and Associate Chairperson in the Department of Microbiology and Molecular Genetics and a Professor in the Department of Biochemistry and Molecular Biology at Michigan State University.  As an illustration of my standing on campus, I received the University's Distinguished Faculty Award in 2009.  I received my Ph.D. from the University of Minnesota in 1982 and was a postdoctoral fellow at the Massachusetts Institute of Technology from 1982-84.  Since that time I have been held my current position, advancing through the ranks of Assistant Professor, Associate Professor, and Professor.  My CV is attached as Exhibit A.

2.      My laboratory explores specific aspects of microbial physiology and enzymology related to transition metals.  For example, we study mechanisms of catalysis by metalloenzymes and characterize the pathways for biosynthesis of protein metallocenters.  As discussed further below, the enzyme at issue in this litigation, which the '401 patent[1] calls "2,4-D monooxygenase," is a metalloenzyme that utilizes an iron atom, along with a co-substrate called alpha-ketoglutarate, to biochemically convert the herbicide 2,4-D into a non-herbicidal compound called 2,4-dichlorophenol ("2,4-DCP") and a byproduct called glyoxylate, by adding a single oxygen atom to 2,4-D.[2]  In the course of doing so, the enzyme adds a second oxygen atom to the alpha-ketoglutarate, which forms to a compound called succinate and releases carbon dioxide as a byproduct.  The discovery of how the exemplary TfdA enzyme described in the '401 patent works mechanistically in detail occurred in my laboratory and was published in 1993 in the scholarly journal, Journal of Bacteriology, Volume 175 (Number 7), at pages 2083-86, as F. Fukumori and R.P. Hausinger,  "Alcaligenes eutrophus JMP134 '2,4-dichlorophenoxyacetate monooxygenase' is an alpha-ketoglutarate-dependent dioxygenase" ("Fukumori & Hausinger, 1993").  A copy of this article is attached as Exhibit B.  The TfdA enzyme has become a model system for the mechanistic study of enzymes of this type.

---

[1] By "the '401 patent" I refer to U.S. Patent No. 6,153,401.

[2] I note that the TfdA enzyme, as noted in the '401 patent, has a wider substrate specificity than just 2,4-D and is able to convert not just 2,4-D to its corresponding phenol (2,4-DCP) but also other so-called phenoxyacetic acids to their corresponding phenols.  Phenoxyacetic acids more generically may be called *alkoxyalkanoic acids*, or *alkoxyalkanoates*, and thus the basis for the first two letters ("AA," for alkoxyalkanoate) of the names of DAS's enzymes, including AAD-1 and AAD-12.  As discussed further in paragraph 31, below, the "D" part of the name of those enzymes, however, which according to DAS refers to "dioxygenase," is incorrect and misleading.  Without identifying any other substrate that receives an oxygen atom, DAS's name implies that the enzymes add *two* oxygen atoms to a single substrate (an alkoxyalkanoate), rather than, as clearly is the case with DAS's enzymes, they add a *single* oxygen atom (monooxygen) to the alkoxyalkanoate, upon the addition of a second oxygen atom to a different, co-substrate, alpha-ketoglutarate.

Case 1:10-cv-01045-RMB-JS   Document 113   Filed 12/12/11   Page 3 of 21 PageID #: 4793

3.      I have been asked by the Milbank law firm to submit this Declaration in support of Bayer CropScience's motion for partial summary judgment of infringement of the '401 patent by Dow AgroSciences ("DAS").  For purposes of this Declaration I have been given to review, and have reviewed, the '401 patent and certain DAS patents, published patent applications, and regulatory submissions in the public domain as cited below.

4.      I am being compensated at a rate of $250 per hour for my expert consulting services.

**OPINIONS**

**A.      "2,4-D Monooxygenase"**

5.      For the reasons discussed below, in my opinion one of ordinary skill in the art reading the '401 patent would conclude that the recital in the claims of the phrase "the biological activity of 2,4-D monooxygenase" means "the biochemical (enzymatic) conversion of 2,4-D into 2,4-DCP through the cleavage of the side chain of 2,4-D."  As discussed further below, this chemical reaction occurs by the addition of a single oxygen atom ("monooxygen") to the acetyl carbon atom of 2,4-D, which causes the acetic acid (linear) portion of the side chain to separate from the remainder of the molecule.

6.      In my opinion, one of ordinary skill for purposes of understanding the claims in this case would be a molecular biologist or biochemist with at least a master's degree in molecular biology or related field (biochemistry, cell biology) and with at least two years of experience in microbiology and/or plant transformation.

7.      Such a person of ordinary skill reading the claims of the '401 patent would understand that the inventors of the '401 patent disclosed how to isolate (clone) DNA sequences from soil bacteria that encode polypeptide enzymes having essentially the same biological

activity as the enzyme encoded by the so-called *tfdA* gene.  The '401 patent discloses functional complementation assays for cloning genes like *tfdA* where the assays depend on a transformed bacterium's ability to metabolize 2,4-D into 2,4-DCP in order to survive, and the exemplary *tfdA* gene disclosed in the '401 patent was cloned by virtue of having this biological activity.  Thus, one of ordinary skill reading the claims of the '401 patent would be led to understand that "the biological activity of 2,4-D monooxygenase" as recited in the claims corresponds to the biological activity as assessed by the functional complementation assays disclosed in the '401 patent and used to clone *tfdA*, i.e., the ability to convert 2,4-D into 2,4-DCP.

8.      The conversion of 2,4-D into 2,4-DCP by the "2,4-D monooxygenase" enzymes described and claimed in the '401 patent occurs by the addition of a single oxygen atom ("monooxygen") to the acetyl carbon atom of 2,4-D, which causes the acetic acid (linear) portion of the side chain to separate from the remainder of the molecule.  To understand the chemistry of this conversion of 2,4-D into 2,4-DCP, it will be helpful to discuss the chemical structures of 2,4-D and 2,4-DCP in some detail.

9.      2,4-Dichlorophenoxyacetic acid (2,4-D) has the following chemical structure:



As shown above, the 2,4-D molecule contains a 6-carbon "*phenyl*" ring and an "*oxy*" linker, together making a "*phenoxy*" (*phen*yl + *oxy*) group, attached to *acetic acid*.[3]  The side chain is at position 1 of the phenyl ring (by standard chemical convention), an adjacent chlorine atom dictates that carbon as position 2, and thus the second chlorine atom is located at position 4 of the side chain.  The acetic acid portion of the side chain has the structure –$CH_2COOH$, where the "COOH" part is called a "carboxylic acid" and is a well-known functional group in organic chemistry.  As discussed further below, all of the relevant chemistry involved in detoxification of 2,4-D by converting it to 2,4-DCP, takes place at what is called the "Acetyl carbon" in the Figure above.

10.    The '401 patent teaches how to isolate recombinant DNA sequences that encode enzymes capable of converting 2,4-D into the non-herbicidal molecule 2,4-DCP, and that such

---

[3] For purposes of explaining the chemistry involved, which essentially takes place at the "Acetyl carbon" shown in the Figure, the two hydrogen atoms attached to the acetyl carbon are explicitly shown.  According to standard convention, those hydrogen atoms, if not for reason of emphasis, typically would be understood and not shown explicitly.  Such is the case with all of the other carbon atoms depicted at the angular vertices in the Figure.

recombinant DNA sequences when expressed in bacteria or plants will render them resistant to 2,4-D.  As shown in the Figure below, 2,4-DCP lacks the acetic acid side chain of 2,4-D, and instead the phenoxy group is simply protonated to form a phenol which has an alcohol ("-OH") group at position 1 of the phenyl ring:



**2,4-Dichlorophenol**
(2,4-DCP)

11.     The conversion of herbicidal 2,4-D into non-herbicidal 2,4-DCP occurs by a chemical reaction in which a *single* atom of oxygen ("monooxygen") is added to the 2,4-D molecule.  This so-called "monooxygenation" of the substrate results in the addition of one oxygen atom to the acetic acid portion of the 2,4-D acid side chain.  Once this single oxygen atom becomes attached (at the so-called acetyl carbon shown above, forming an hydroxyl ("-OH") group and thus also called an "hydroxylation"), an unstable intermediate (called a "hemiacetal") is formed, and the hydroxylated acetic acid portion of the side chain detaches from the body of the molecule, causing 2,4-D to decompose and form the non-herbicidal 2,4-D derivative, 2,4-DCP, along with a separate molecule called glyoxylate: [4]

---

[4] *See* the Animation accompanying the Motion for Partial Summary Judgment, which, in my opinion, reasonably conveys the chemistry involved in the monooxygenation (hydroxylation) of 2,4-D to form 2,4-DCP and glyoxylate.

Case 1:10-cv-01045-RMB-JS   Document 113   Filed 12/12/11   Page 7 of 21 PageID #: 1497



Monooxygenated ("hydroxylated") 2,4-D acetyl carbon

Intermediate
("Hemiacetal")   →   2,4-DCP   +   Glyoxylate

12.     This chemical conversion occurs naturally in a variety of soil bacteria, which, as taught in the '401 patent, contain an enzyme ("2,4-D Monooxygenase") that cleaves the side chain of 2,4-D to form the corresponding phenol (2,4-DCP).  *See* the '401 patent at Col. 1, ll. 21-23 ("2,-4-D-Monooxygenase is an enzyme catalyzing in many 2,4-D-degrading organisms the first step in the metabolizing of [2,4-D]"); col. 2, ll. 25-27 ("The tfdA gene codes for 2,4-D monoamine[5] oxygenase, a polypeptide having the biological activity of bringing about the cleavage of the side chain of 2,4-D"); col. 2, ll. 66-67 (equating "the biological activity of the protein encoded by tfda" to "its 2,4-D monooxygenase activity"); col. 7, ll. 22-24 ("the property of reacting 2,4-D or compounds similar to 2,4-D to the corresponding phenol"); col. 8, ll. 6-8 (equating "the expression of the gene characteristic" of a plant transformed with the *tfda* gene to "the 2,4-D monooxygenase activity").

13.     The inventors of the '401 patent first isolated (cloned) a gene expressing the ability to convert 2,4-D into 2,4-DCP from an exemplary soil bacterium called (at the time)

---

[5] Given the many correct references in the '401 patent to "2,4-D monooxygenase" this is an obvious singular occurrence of a typographical error.  I further note when applying for the '401 patent, the applicants pointed out a similar error in the originally-filed claims to the U.S. Patent and Trademark Office ("USPTO"), which was addressed by an amendment that the applicants submitted to the USPTO specifically to correct this error.  I further note that the applications also requested that the USPTO make the corresponding correction to the specification.  Apparently, however, the USPTO did not make the requested correction to the specification before the patent was printed.

Case 1:10-cv-01045-RMB-JS   Document 113   Filed 12/12/11   Page 8 of 21 PageID #: 7498

*Alcaligenes eutrophus*.[6]   The gene is called "*tfdA*," which is an acronym for "*t*wo, *four-d* A" because it encodes an enzyme (known as "TfdA") that catalyzes the first step in the metabolism of 2,4-D in such bacteria.   TfdA has become a model system for studying enzymes of this type, which exist in multiple varieties of soil bacteria, including those from which DAS's *aad* gene products are derived, as discussed further, below.

14.   Some history of the field will shed further light on the origin and use of the name "2,4-D monooxygenase" in the art to refer to TfdA-like enzymes.   Soil bacteria able to degrade 2,4-D have been known for decades and have been characterized in some detail since at least the 1970s.   As 2,4-D became increasingly popular as an herbicide, scientists discovered soil bacteria that degrade 2,4-D.   Numerous genera of such soil bacteria that degrade this herbicide have been identified.   As shown in the diagram below from Evans et al., "Bacterial Metabolism of 2,4-D" (Biochem. J., 122:543-551 (1971)), by 1971 it was believed that different soil bacteria could degrade 2,4-D in one of at least three different ways:

---

[6] Microbiological classification of such bacteria has subsequently referred to this species as *Ralstonia eutropha* and *Cupriavidus necator*, although those of ordinary skill in the art recognize that this species has been referred to as *Alcaligenes eutrophus* in the past, and that use of that name clearly and unambiguously indicates what species is being discussed.



550                    W. C. EVANS AND OTHERS                    1971

Scheme 1. Proposed pathways of 2,4-D degradation.

15.    Soil bacteria utilizing the middle pathway in the diagram above begin the metabolism of 2,4-D with its conversion into 2,4-dichlorophenol (2,4-DCP).  *See also* Loos et al, "Phenols as Intermediates in the Decomposition of Phenoxyacetates by an Arthrobacter Species," Canadian J. Microbiology, 13: 679-90 (1967);  Steenson and Walker,  "The  Pathway of  Breakdown  of  2:4-Dichloro-  and 4-Chloro-2-methyl-phenoxyacetic Acid by Bacteria," *J . gen. Microbiol.* 16:146-155 (1957).  Those of skill in the art would have understood that this conversion, from a chemical standpoint as discussed above, involves the addition of a single

atom of oxygen to 2,4-D, resulting in the hydroxylation of the acetic acid portion of the side

chain of 2,4-D with subsequent spontaneous degradation (yielding cleavage of the side chain) to

form 2,4-DCP and glyoxylate.  Indeed, in 1968 it was suggested that the conversion of 2,4-D to a

phenol involved the formation of an unstable "hemiacetal" molecule with the addition of a single

oxygen atom from molecular oxygen.  *See* Helling et al., "Cleavage of ether-oxygen bond in

phenoxyacetic acid by an Arthrobacter species," J. Agric. Food Chem., 1968, 16 (3):538–539

(1968).   The hemiacetal structure is shown in the Figure in paragraph 11, and is reproduced

below for convenience:



16.     By 1969, it was believed that glyoxylate was formed during the enzymatic

conversion of 2,4-D to 2,4-DCP by soil bacteria, further suggesting that this conversion occurs

mechanistically via an oxidation reaction in which a single molecule of oxygen is added to 2,4-

D.  The biochemical conversion of 2,4-D to 2,4-DCP was further compared to the

*monooxygenase* cleavage of so-called aryl-alkyl ether bonds, thus also suggesting that soil

bacteria capable of converting 2,4-D to 2,4-DCP do so by expressing a biological (enzymatic)

activity that adds a single atom of oxygen (monooxygen) to 2,4-D to generate 2,4-DCP and

glyoxylate.  *See* Tiedje and Alexander, "Enzymatic cleavage of the ether bond of 2,4-D," J. Agr.

Food Chem., 17:1080-1084 (1969).

17.     During the 1970s and 80s the art of molecular biology enabled the ability to correlate biological activities, or functions, with the expression of particular DNA sequences, or genes.  By 1985, the art had identified six biochemical steps in the metabolism of 2,4-D and had cloned genes responsible for five of these reactions, naming those genes *tfdB*, *C*, *D*, *E*, and *F*, respectively, and correlating each of them to a particular biological (enzymatic) activity.  *See* Don et al., J. Bacteriol. 161(1):85-89 (1985), at Figure 1.  The presence of a *tfdA* gene was postulated, as was its function as a "2,4-D monooxygenase," i.e., an enzyme that converts 2,4-D to 2,4-DCP by the addition of a single oxygen atom from molecular oxygen.  However, its isolation (cloning) could not be achieved, *see ibid.* at 88-89, until done so by the inventors of the '401 patent.   This achievement also was described by the inventors in Streber et al., J. Bacteriol., "Analysis, cloning, and high-level expression of 2,4-dichlorophenoxyacetate monoxygenase gene of *Alcaligenes eutrophus* JMP134," 169(7):2950-55 (1987).

18.     Thus, by the time the original application leading to the '401 patent was filed, the art recognized that a single oxygen atom from molecular oxygen was added to the 2,4-D side-chain to  form a hemiacetal intermediate that decomposed to 2,4-DCP and glyoxylate, a reaction characteristic of monooxygenase enzymes in other systems.  Restating this point, the art had appreciated that the conversion of 2,4-D to 2,4-DCP in soil bacteria was promoted by enzymes that add a single oxygen atom (monooxygen) from molecular oxygen to 2,4-D to generate 2,4-DCP and glyoxylate.  Furthermore, the art had postulated a particular gene (*tfdA*) for this particular function (monooxygenation of 2,4-D) and designated the enzyme presumably encoded by this gene by the name "2,4-D monooxygenase."

19.     When my laboratory studied the enzymology and structure of TfdA in greater detail subsequent to the cloning of *tfdA* disclosed in the '401 patent, we confirmed that the

11

enzyme indeed promotes the addition of a single oxygen atom (monooxygen) from molecular oxygen to the acetyl carbon of 2,4-D, resulting in the hydroxylation of 2,4-D, leading to the formation of an unstable hemiacetal intermediate that decomposes into 2,4-DCP and glyoxylate. However, we also found that this hydroxylation activity is dependent on iron atoms and a co-substrate called alpha-ketoglutarate, both of which are typically present in healthy bacterial, plant, and animal cells. We further found that the enzyme reacts the second oxygen atom from molecular oxygen with alpha-ketoglutarate, which is thereby converted to succinate and carbon dioxide, and coupled to the conversion of 2,4-D to 2,4-DCP and glyoxylate. In other words, we discovered that TfdA is a dioxygenase that performs two different chemical reactions with molecular oxygen, the monooxygenation of 2,4-D to form 2,4-DCP and glyoxylate; and the monooxygenation of alpha-ketoglutarate to generate succinate and carbon dioxide. *See* Fukumori & Hausinger, 1993.

20.    Molecular oxygen typically exists as so-called "diatomic" molecules consisting of two oxygen atoms, and designated as $O_2$. Thus, each molecule of $O_2$ can generate *two* single oxygen atoms. In aryl-alkyl ether monooxygenations such as those discussed above, monooxygenases generate single oxygen atoms from $O_2$ molecules and promote their addition to the aryl-alkyl ether substrates. The second oxygen atom generated from each molecule of $O_2$ during a cycle of enzymatic activity is "lost," as it were, when it spontaneously combines with two hydrogen ions in solution to form water ($H_2O$).

21.    Rather than functioning like the aryl-alkyl ether monooxygenation reaction discussed above, however, we found that TfdA not only hydroxylates (by monooxygenation) 2,4-D; but that this reaction also is coupled to another, separate, and distinct reaction, in which the second oxygen atom generated from each molecule of $O_2$ is added to an alpha-ketoglutarate

12

co-substrate, to form succinate and carbon dioxide.  From the standpoint of 2,4-D degradation, however, our discovery of the enzyme's iron and alpha-ketoglutarate dependence and its coupled formation of succinate plus carbon dioxide has no bearing on the mechanism by which the chemical addition of a single oxygen atom to 2,4-D forms a hemiacetal molecule that degrades to form 2,4-DCP and glyoxylate.  It is to that biological activity, the degradation of 2,4-D to form 2,4-DCP, that the name "2,4-D monooxygenase" initially referred.  (This biological activity is different from a dioxygenase that adds *two* oxygen atoms to a *single* substrate, rather than a *single* atom of oxygen to *two*, *different* substrates.)  Indeed, the clear and unequivocal association of the name "2,4-D monooxygenase" with TfdA and enzymes like TfdA renders it an unambiguous identifier of the class of biological activities to which the claims of the '401 patent refer, and which are obtainable using the methods taught in the '401 patent's underlying disclosure.

22.     To be sure, the results in Fukumori & Hausinger, 1993 indicate that TfdA is an iron and alpha-ketoglutarate dependent enzyme that adds two oxygen atoms to two different substrates—2,4-D  and alpha-ketoglutarate—rather than just a single oxygen atom to one substrate.  Accordingly, the enzyme may more aptly be classified as a "2,4-D/alpha-ketoglutarate dioxygenase," a name acknowledging that the enzyme adds two oxygen atoms and which identifies the two different substrates to which the oxygen atoms are added.  However, as even Fukumori & Hausinger, 1993, acknowledges, the names "2,4-D monooxygenase" and "2,4-D/alpha-ketoglutarate dioxygenase" refer to the same enzyme.  The ordinary artisan would recognize the latter name as a more appropriate identifier of TfdA and enzymes like TfdA in light of new mechanistic evidence; but the enzyme has the very same biological (enzymatic)

13

activity of hydroxylating 2,4-D (through monooxygenation) to form 2,4-DCP and glyoxylate. The name of an enzyme does not change its identity, or its properties.

23.     By way of analogy, the discovery that Jane Doe is married to John Smith does not change the identity or profession of Jane Doe, even if upon the discovery of her marriage she is perhaps more aptly called Jane Smith.  One of ordinary skill in the art reading the '401 patent clearly would understand that Jane Doe ("2,4-D monooxygenase") and Jane Smith ("2,4-D/alpha-ketoglutarate dioxygenase") are the same person (a TfdA-like enzyme) and have the same profession (biological activity) of monooxygenating 2,4-D to form 2,4-DCP and glyoxylate.

## B.  Infringement by DAS

24.     I have reviewed several DAS patents, published patent applications, and regulatory submissions in the public domain.  Based on my reading of those documents, in my opinion, DAS's plant products contain a recombinant gene encoding a polypeptide enzyme that biochemically converts 2,4-D into 2,4-DCP and glyoxylate (by adding a single oxygen atom to 2,4-D), while converting alpha-ketoglutarate into succinate and carbon dioxide by adding a second atom of oxygen to the alpha-ketoglutarate.

25.     For example, in DAS's U.S. 7,838,733 patent, DAS represents that its AAD-1 enzyme catalyzes the conversion of 2,4-D and similar compounds to their corresponding phenols and glyoxylate (or other appropriate 2-keto acid), while simultaneously converting alpha-ketoglutarate to succinate and carbon dioxide:

14



Figure 4 of the '733 patent specifically highlights the monooxygenation reaction of 2,4-D to 2,4-DCP:

26.     DAS's international patent application WO 2007/053482 shows that the AAD-12 enzyme catalyzes the same reaction as disclosed in the '733 patent for the AAD-1 enzyme.

15

FIG. 1

27.     I further note that sixteen DAS scientists published an article in the Proceedings of the National Academy of Sciences, "Robust crop resistance to broadleaf and grass herbicides provided by aryloxyalkanoate dioxygenase transgenes,"  Proc. Nat. Acad. Sci. 107:20240-20245 (2010), confirming that the AAD-1 and AAD-12 enzymes (and indicating AAD enzymes generally) convert 2,4-D into its corresponding nonherbicidal phenol, 2,4-DCP:



In May 2011, four DAS scientists published this figure yet again in May, 2011 as an ISB News Report, "Utility of Aryloxyalkanoate Dioxygenase Transgenes for Development of New Herbicide Resistant Crop Technologies."

28.     DAS also represented to the U.S. FDA in its "Early Food Safety Evaluation, Aryloxyalkanoate Dioxygenase (AAD-1) Protein,"

(http://www.fda.gov/downloads/Food/Biotechnology/Submissions/UCM222235.pdf) that the

AAD-1 enzyme catalyzes the conversion of 2,4-D into its corresponding phenol and glyoxylate:

**Figure 1.** General reaction catalyzed by AAD1. The breakdown of the intermediate to phenol and glyoxylate is spontaneous. Phenols of all substrates are herbicidally inactive.



29.    I have reviewed a publicly-available version of DAS's petition to the USDA for

the nonregulated status of its "three-gene" transgenic soybeans, "Petition for Determination of

Nonregulated Status For Herbicide Tolerant DAS-4406-6 Soybean." There, DAS told the USDA

that the AAD-12 enzyme  catalyzes the conversion of 2,4-D into 2,4-DCP:



**Figure 28. General reaction catalyzed by AAD-12 (R=H or CH3).**

30.    DAS specifically highlighted the monooxygenation of 2,4-D to 2,4-DCP to the

USDA:

17

**Figure 27. Degradation reaction of 2,4-D catalyzed by AAD-12.**

A comparable Figure was also included in DAS's submission to the U.S. FDA, "Early Food

Safety Evaluation for Aryloxyalkanoate Dioxygenase-12 ("AAD-12")

(http://www.fda.gov/downloads/Food/Biotechnology/Submissions/UCM222238.pdf), at Fig. 2:



**Figure 2. Degradation Reaction of Representative Phenoxyacetate (2,4-D) and Pyridyloxyacetate (Triclopyr) Herbicides Catalyzed by AAD-12.**

31.    I note that DAS calls its recombinant genes "*aad*" genes, "aad" being an acronym

for "aryloxyalkanoate dioxygenase."  In my opinion, such a name appears somewhat misleading

and is scientifically invalid, because it implies that two oxygen atoms are added to one substrate

(i.e., an aryloxyalkanoate, like 2,4-D), rather than indicating one oxygen atom from molecular

oxygen is added to the aryloxyalkanoate and the second oxygen atom is added to alpha-

ketoglutarate, as DAS's own documents make clear occurs with its AAD enzymes.  A more

accurate name for the enzymes expressed by DAS's recombinant genes might be

18

"aryloxyalkanoate/alpha-ketoglutarate dioxygenases."  Of course, using such nomenclature, their similarity to TfdA becomes immediately apparent.

32.     I further note that the recombinant genes made and used by DAS appear to have been identified by DAS because of their functional similarity to the enzyme encoded by the *tfdA* gene described in the '401 patent.  In the 2010 article published in the Proceedings of the National Academy of Sciences discussed above, DAS scientists noted that they had "identified sequences of candidate genes for potential 2,4-D-resistant crop utility by using a bioinformatic approach to identify homologs of TfdA in the National Center for Biotechnology Information (NCBI) genetic sequence database," and acknowledged that such sequences, including TfdA and DAS's AAD enzymes, all belong "to the Fe(II)/alpha-ketoglutarate-dependent dioxygenase family."

33.     I understand that DAS has asserted as its defense to infringement that the accused recombinant *aad* genes code for dioxygenases, not monooxygenases; and therefore they are not encompassed by the '401 patent claims, which all require recombinant genes that encode monooxygenases.  For the reasons discussed above, however, in my opinion, this argument is simply indefensible.  Given the history of the field as discussed above, one of ordinary skill in the art would readily understand that the claimed "biological activity of 2,4-D monooxygenase" refers to the monooxygenation of 2,4-D to 2,4-DCP and glyoxylate regardless of the subsequent finding that the enzyme simultaneously converts alpha-ketoglutarate to succinate and carbon dioxide using the second oxygen atom of molecular oxygen.  This definition clearly encompasses TfdA-like enzymes, including DAS's AAD enzymes, which, by DAS's own admission, have the same biological activity as TfdA.  DAS's AAD enzymes, as discussed above, are not simply "aryloxyalkanoate dioxygenases" as DAS would like to suggest.  They, like TfdA, may be

19

categorized as aryloxyalkanoate/alpha-ketoglutarate dioxygenases, but this name still implies the claimed biological activity (hydroxylation, or monooxygenation, of the arylalkanoate) even though it also implies the simultaneous monooxygenation of the co-substrate, alpha-ketoglutarate, and indicates that the enzyme (as a dioxygenase) catalyzes the addition of a total of two oxygen atoms, one to each substrate.  The identity and function of the enzymes encompassed by the '401 patent claims, however, have not changed merely because additional information has come to light regarding the more complete mechanism by which such enzymes perform their biological activity.

34.     For the reasons discussed above, therefore, in my opinion, DAS's recombinant genes, vectors, plants, and seeds appear to directly infringe claims 1-3, 8, and 11-16 of the '401 patent.


I declare that the foregoing is true and correct to the best of my knowledge.


_____

Robert P. Hausinger, Ph.D.

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011, I caused to be served copies of the foregoing document in the manner indicated below and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following counsel of record:

**VIA E-MAIL**
Steven J. Balick
Lauren E. Maguire
Andrew C. Mayo
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

**VIA E-MAIL**
Peter A. Bicks
Alex V. Chachkes
Joseph A. Sherinsky
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
212-506-3748
pbicks@orrick.com
achachkes@orrick.com
jsherinsky@orrick.com

Elizabeth A. Howard
ORRICK, HERINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400
ehoward@orrick.com

Hardip B. Passananti
ORRICK, HERINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA  92614
(949)567-6700
hpassananti@orrick.com

/s/ Travis S. Hunter
Travis S. Hunter (#5350)
hunter@rlf.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2012, I caused to be served copies of the foregoing

document in the manner indicated below and electronically filed the same with the Clerk of Court

using CM/ECF which will send notification of such filing(s) to the following counsel of record:

<u>VIA E-MAIL</u>
Steven J. Balick
Lauren E. Maguire
Andrew C. Mayo
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

<u>VIA E-MAIL</u>
Peter A. Bicks
Alex V. Chachkes
Joseph A. Sherinsky
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
212-506-3748
pbicks@orrick.com
achachkes@orrick.com
jsherinsky@orrick.com

Elizabeth A. Howard
ORRICK, HERINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400
ehoward@orrick.com

Hardip B. Passananti
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA  92614
(949)567-6700
hpassananti@orrick.com

<u>/s/ Travis S. Hunter</u>
Travis S. Hunter (#5350)
hunter@rlf.com

RLF1 5903968v. 1