[Docket Nos. 111, 218, 220, 241, 333]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BAYER CROPSCIENCE AG,<br><br>        Plaintiff,<br><br>   v.<br><br>DOW AGROSCIENCES LLC,<br><br>        Defendant. | Civil No. 10-1045 RMB/JS<br><br>**ORDER** |

    THIS MATTER coming before the Court upon Plaintiff's motion for partial summary judgment [Docket No. 111], Defendant's motion for summary judgment of non-infringement [Docket No. 218], Defendant's motions for summary judgment of invalidity [Docket Nos. 220, 241], and Plaintiff's motion to strike portions of Defendant's motion for summary judgment of invalidity [Docket No. 241]; and the Court having considered the papers; and the Court having conducted a Markman hearing; and the Court having issued an Opinion;

    IT IS HEREBY **ORDERED** that Defendant's motion for summary judgment of non-infringement [Docket No. 218] is **GRANTED** and all other motions are **DENIED** as set forth in the written Opinion.

<u>s/Renée Marie Bumb</u><br>
RENÉE MARIE BUMB<br>
UNITED STATES DISTRICT JUDGE

Dated: <u>September 27, 2012</u>